## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  DEMETRIUS BOSTIC, | ) | |
| | ) | |
|         Plaintiff, | ) | |
| v. | ) | CIV-14-452-C |
| | ) | |
| 1.  FOUNTAINS CANTERBURY SL, LLC, d/b/a THE FOUNTAINS AT CANTERBURY, et al., | ) ) ) | |
| | ) | **Jury Trial Demanded** |
|         Defendants. | ) | **Attorney Lien Claimed** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Demetrius Bostic, hereby stipulates with the Defendants, Fountains Canterbury SL, LLC, d/b/a The Fountains at Canterbury and Watermark Retirement Communities, Inc., d/b/a Watermark Retirement Communities & Affiliates, d/b/a The Fountains at Canterbury, that his claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 14th DAY OF NOVEMBER, 2014.**

                s/Jana B. Leonard
                Jana B. Leonard, OBA # 17844
                Emily Van Volkinburg, OBA # 31744
                LEONARD & ASSOCIATES, P.L.L.C.
                8265 S. Walker
                Oklahoma City, OK 73139
                Telephone:   405-239-3800
                Facsimile:   405-239-3801
                leonardjb@leonardlaw.net
                *Counsel for Plaintiff*

    s/ Jessica L. Craft
(Signed with permission)
Michael L. Carr, OBA #17805
Jessica L. Craft, OBA #31126
First Place
15 East 5th Street, Suite 3900
Tulsa, Oklahoma 74103
Phone: 405-813-8888 Fax: 405-813-8889
MikeCarr@HoldenLitigation.com
JessicaCraft@HoldenLitigation.com
*Counsel for Defendants*